FILED
CLERK U.S. DISTRICT COURT
NOV 2 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

DJ for HR

ORIGINAL

FINDING RE PROBABLE CAUSE

On November 2, 2013, at 2:22 p.m., Agent Stephen Khoobyarian
   [date]              [time]                  [name]

of the  FBI  appeared before me regarding the probable
     [agency]

cause arrest of defendant  Paul Anthony Ciancia
                                  [name]

occurring on  November 1, 2013, 10:00 a.m., at  Los Angeles, California .
              [date and time]                        [city]

Having reviewed the agent's statement of probable cause, a copy of which is attached hereto, the Court finds that there (exists)/does not exist probable cause to arrest the defendant(s) for a violation of Title 18, United States Code, Sections 1114 and 37.
                                    [statute]

/ X / It is ordered that defendant(s)  Paul Anthony Ciancia
                                             [name(s)]

be held to answer for proceedings under Federal Rule of Criminal Procedure 5 / ~~40~~ on November 4, 2013, or as soon thereafter as defendant is medically fit to appear.
                                                          [date]

/___/ It is ordered that defendant(s)  Paul Anthony Ciancia
                                             [name(s)]

be discharged from custody on this charge forthwith.

DATED: November 2, 2013, at 2:22   a.m/(p.m.)

                                          THE HONORABLE JACQUELINE CHOOLJIAN
                                          UNITED STATES MAGISTRATE JUDGE