FILED

2013 DEC 17  PM 2: 37

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2013 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>PAUL ANTHONY CIANCIA,<br><br>        Defendant. | CR No. 1**CR13-0902**<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 1114(1), 1111: Murder of a Federal Officer (First Degree); 18 U.S.C. §§ 1114(3), 1113: Attempted Murder of a Federal Officer; 18 U.S.C. § 37(a)(1): Violence at International Airports; 18 U.S.C. §§ 924(j)(1), 924(c)(1)(A)(iii): Discharge of a Firearm During a Crime of Violence Causing Death; 18 U.S.C. § 924(c)(1)(A)(iii): Discharge of a Firearm During a Crime of Violence] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 1114(1), 1111]

On or about November 1, 2013, in Los Angeles County, within the Central District of California, defendant PAUL ANTHONY CIANCIA did, willfully, deliberately, maliciously, and with premeditation and malice aforethought, unlawfully kill Transportation Security Administration Officer Gerardo Hernandez, an officer and employee of

1 │ the United States, while Officer Hernandez was engaged in and on
2 │ account of the performance of his official duties.

COUNT TWO

[18 U.S.C. §§ 1114(3), 1113]

On or about November 1, 2013, in Los Angeles County, within the Central District of California, defendant PAUL ANTHONY CIANCIA did, willfully, deliberately, maliciously, and with premeditation and malice aforethought, attempt to unlawfully kill Transportation Security Administration Officer Tony Leroy Grigsby, an officer and employee of the United States, while Officer Grigsby was engaged in and on account of the performance of his official duties.

COUNT THREE

[18 U.S.C. §§ 1114(3), 1113]

On or about November 1, 2013, in Los Angeles County, within the Central District of California, defendant PAUL ANTHONY CIANCIA did, willfully, deliberately, maliciously, and with premeditation and malice aforethought, attempt to unlawfully kill Transportation Security Administration Officer James Maurice Speer, an officer and employee of the United States, while Officer Speer was engaged in and on account of the performance of his official duties.

4

COUNT FOUR

[18 U.S.C. § 37(a)(1)]

On or about November 1, 2013, in Los Angeles County, within the Central District of California, defendant PAUL ANTHONY CIANCIA unlawfully and intentionally used a device, substance, and weapon, namely, a Smith & Wesson 5.56-millimeter M&P15 semiautomatic rifle, to perform an act of violence against Transportation Security Administration Officer Gerardo Hernandez, a person at Los Angeles International Airport, an airport serving international civil aviation, that endangered and was likely to endanger safety at said airport, and that caused and was likely to cause death and serious bodily injury, which is bodily injury involving a substantial risk of death, extreme physical pain, protracted and obvious disfigurement, and protracted loss and impairment of the function of a bodily member, organ, and mental faculty, with the death of Officer Hernandez resulting from such conduct.

COUNT FIVE

[18 U.S.C. § 37(a)(1)]

On or about November 1, 2013, in Los Angeles County, within the Central District of California, defendant PAUL ANTHONY CIANCIA unlawfully and intentionally used a device, substance, and weapon, namely, a Smith & Wesson 5.56-millimeter M&P15 semiautomatic rifle, to perform an act of violence against Transportation Security Administration Officer Tony Leroy Grigsby, a person at Los Angeles International Airport, an airport serving international civil aviation, that endangered and was likely to endanger safety at said airport, and that caused and was likely to cause death and serious bodily injury, which is bodily injury involving a substantial risk of death, extreme physical pain, protracted and obvious disfigurement, and protracted loss and impairment of the function of a bodily member, organ, and mental faculty.

COUNT SIX

[18 U.S.C. § 37(a)(1)]

On or about November 1, 2013, in Los Angeles County, within the Central District of California, defendant PAUL ANTHONY CIANCIA unlawfully and intentionally used a device, substance, and weapon, namely, a Smith & Wesson 5.56-millimeter M&P15 semiautomatic rifle, to perform an act of violence against Transportation Security Administration Officer James Maurice Speer, a person at Los Angeles International Airport, an airport serving international civil aviation, that endangered and was likely to endanger safety at said airport, and that caused and was likely to cause death and serious bodily injury, which is bodily injury involving a substantial risk of death, extreme physical pain, protracted and obvious disfigurement, and protracted loss and impairment of the function of a bodily member, organ, and mental faculty.

COUNT SEVEN

[18 U.S.C. § 37(a)(1)]

On or about November 1, 2013, in Los Angeles County, within the Central District of California, defendant PAUL ANTHONY CIANCIA unlawfully and intentionally used a device, substance, and weapon, namely, a Smith & Wesson 5.56-millimeter M&P15 semiautomatic rifle, to perform an act of violence against Brian Donovan Ludmer, a person at Los Angeles International Airport, an airport serving international civil aviation, that endangered and was likely to endanger safety at said airport, and that caused and was likely to cause death and serious bodily injury, which is bodily injury involving a substantial risk of death, extreme physical pain, protracted and obvious disfigurement, and protracted loss and impairment of the function of a bodily member, organ, and mental faculty.

COUNT EIGHT

[18 U.S.C. §§ 924(j)(1), 924(c)(1)(A)(iii)]

On or about November 1, 2013, in Los Angeles County, within the Central District of California, defendant PAUL ANTHONY CIANCIA ("CIANCIA"), did knowingly use a firearm, that is, a Smith & Wesson 5.56-millimeter M&P15 semiautomatic rifle, during and in relation to crimes of violence for which he may be prosecuted in a court of the United States, that is, Murder of a Federal Officer in violation of Title 18, United States Code, Sections 1114 and 1111, as charged in Count One of this Indictment, and Violence at an International Airport, in violation of Title 18, United States Code, Section 37(a)(1), as charged in Count Four of this Indictment.

Defendant CIANCIA through his use of the firearm and acting willfully, deliberately, maliciously, and with premeditation and malice aforethought, did further murder and cause the death of Transportation Security Administration Officer Gerardo Hernandez.

COUNT NINE

[18 U.S.C. § 924(c)(1)(A)(iii)]

On or about November 1, 2013, in Los Angeles County, within the Central District of California, defendant PAUL ANTHONY CIANCIA did knowingly carry, brandish, discharge and use a firearm, that is, a Smith & Wesson 5.56-millimeter M&P15 semiautomatic rifle, during and in relation to crimes of violence for which he may be prosecuted in a court of the United States, that is, Attempted Murder of a Federal Officer in violation of Title 18, United States Code, Sections 1114(3) and 1113, as charged in Count Two of this Indictment, and Violence at an International Airport, in violation of Title 18, United States Code, Section 37(a)(1), as charged in Count Five of this Indictment.

COUNT TEN

[18 U.S.C. § 924(c)(1)(A)(iii)]

On or about November 1, 2013, in Los Angeles County, within the Central District of California, defendant PAUL ANTHONY CIANCIA did knowingly carry, brandish, discharge and use a firearm, that is, a Smith & Wesson 5.56-millimeter M&P15 semiautomatic rifle, during and in relation to crimes of violence for which he may be prosecuted in a court of the United States, that is, Attempted Murder of a Federal Officer in violation of Title 18, United States Code, Sections 1114(3) and 1113, as charged in Count Three of this Indictment, and Violence at an International Airport, in violation of Title 18, United States Code, Section 37(a)(1), as charged in Count Six of this indictment.

COUNT ELEVEN

[18 U.S.C. § 924(c)(1)(A)(iii)]

On or about November 1, 2013, in Los Angeles County, within the Central District of California, defendant PAUL ANTHONY CIANCIA did knowingly carry, brandish, discharge and use a firearm, that is, a Smith & Wesson 5.56-millimeter M&P15 semiautomatic rifle, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Violence at an International Airport, in violation of Title 18, United States Code, Section 37(a)(1), as charged in Count Seven of this Indictment.

1    NOTICE OF SPECIAL FINDINGS

2         The allegations of Counts One, Four, and Eight of this

3    Indictment are hereby realleged and incorporated by reference as if

4    fully set forth herein.

5         As to Counts One, Four, and Eight defendant PAUL ANTHONY

6    CIANCIA:

7         1.   Was 18 years of age or older at the time of the offenses

8    (18 U.S.C. § 3591(a));

9         2.   Intentionally killed Transportation Security Administration

10   Officer Gerardo Hernandez (18 U.S.C. § 3591(a)(2)(A));

11        3.   Intentionally inflicted serious bodily injury that resulted

12   in the death of Officer Hernandez (18 U.S.C. § 3591(a)(2)(B));

13        4.   Intentionally participated in an act, contemplating that

14   the life of a person would be taken or intending that lethal force

15   would be used in connection with a person, other than a participant

16   of the offense, and Officer Hernandez died as a direct result of the

17   act (18 U.S.C. § 3591(a)(2)(C));

18        5.   Intentionally and specifically engaged in an act of

19   violence, knowing that the act created a grave risk of death to a

20   person, other than a participant of the offense, such that

21   participation in the act constituted a reckless disregard for human

22   life and Officer Hernandez died as a direct result of the act (18

23   U.S.C. § 3591(a)(2)(D));

24        6.   Killed Officer Hernandez during the commission and

25   attempted commission of an offense under 18 U.S.C. § 37 (Violence at

26   International Airports) (18 U.S.C. § 3592(c)(1));

27   ///

28   ///

13

7.   In the commission of the offense, knowingly created a grave risk of death to one or more persons in addition to Officer Hernandez (18 U.S.C. § 3592(c)(5));

8.   Committed the offense after substantial planning and premeditation to cause the death of a person and to commit an act of terrorism (18 U.S.C. § 3592(c)(9));

9.   Committed the offense against a Federal public servant and law enforcement officer while he was engaged in the performance of his official duties, because of the performance of his official duties, and because of his status as a public servant (18 U.S.C. § 3592(c)(14)(D)); and

10.   Intentionally attempted to kill more than one person in a single criminal episode (18 U.S.C. § 3592(c)(16)).

///

///

///

14

1    All pursuant to Title 18, United States Code, Sections 3591 and

2    3592.

3

4

5

                                        A TRUE BILL

6

7                                       /S/
                                        _____
                                        Foreperson

8    ANDRÉ BIROTTE JR.
     United States Attorney

9

10

     ROBERT E. DUGDALE

11   Assistant United States Attorney
     Chief, Criminal Division

12

13   PATRICK R. FITZGERALD
     Assistant United States Attorney

14   Chief, National Security Section

15

     MELISSA MILLS

16   Assistant United States Attorney
     National Security Section

17

18   JOANNA CURTIS
     Assistant United States Attorney

19   Violent and Organized Crime Section

20

21

22

23

24

25

26

27

28