**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTES - ARRAIGNMENT**

Case Number: 2:13-CR-00902-PSG          Recorder: Court Reporter, Maria Dellaneve          Date: 12/26/2013

Present: The Honorable David T. Bristow, U.S. Magistrate Judge

Court Clerk: Deb Taylor                                              Assistant U.S. Attorney: PATRICK FITZGERALD/MELISSA MILLS

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| PAUL ANTHONY CIANCIA CUSTODY | HILLARY L. POTASHNER and JOHN L. LITTRELL, DFPD APPOINTED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment, The Court enters a plea of not guilty on behalf of the defendant to all counts in the Indictment.

This case is assigned to the calendar of District Judge Philip S. Gutierrez.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 2/11/14 @ 9:00 AM
    Status Conference 1/27/2014 @ 10:00 AM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

PIA: 00 : 10
Initials of Deputy Clerk: dts

cc: Statistics Clerk, PSALA CJA Supv Attorney, USMLA, Fiscal, USMED