```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    PATRICK R. FITZGERALD (Cal. Bar No. 135512)
 4  Assistant United States Attorney
    Chief, National Security Section
 5  MELISSA MILLS (Cal. Bar No. 248529)
    Assistant United States Attorney
 6  National Security Section
    JOANNA M. CURTIS (Cal. Bar No. 203151)
 7  Assistant United States Attorney
    Violent and Organized Crimes Section
 8       1300 United States Courthouse
         312 North Spring Street
 9       Los Angeles, California 90012
         Telephone: (213) 894-4591/0627/0298
10       Facsimile: (213) 894-3713
         E-mail:    Patrick.Fitgerald@usdoj.gov
11                  Melissa.Mills@usdoj.gov
                    Joanna.Curtis@usdoj.gov
12
    Attorneys for Plaintiff
13  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 13-902-PSG |
|---|---|
| Plaintiff, | NOTICE OF LODGING OF [PROPOSED] STIPULATED PROTECTIVE ORDER FOR DISCOVERY |
| v. | |
| PAUL ANTHONY CIANCIA, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby gives notice of lodging of a [Proposed] Protective Order for Discovery.

Dated: January 8, 2014        ANDRE BIROTTE, JR.
                              United States Attorney

                              ROBERT E. DUGDALE
                              Assistant United States Attorney
                              Chief, Criminal Division


                              /s/Joanna M. Curtis
                              JOANNA M. CURTIS
                              Assistant United States Attorney

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA