1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   MELISSA MILLS (Cal. Bar No. 248529)
4  Assistant United States Attorney
        1300 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone: (213) 894-0627
        Facsimile: (213) 894-6436
7       E-mail:    Melissa.Mills@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
9
                  UNITED STATES DISTRICT COURT
10
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
11
   UNITED STATES OF AMERICA,        No. CR 13-902-PSG
12
             Plaintiff,             NOTICE OF APPEARANCE
13
             v.
14
   PAUL ANTHONY CIANCIA,
15
             Defendant.
16

17
        Plaintiff, United States of America, hereby advises the court
18
   that the above-captioned case has been assigned to Assistant United
19
   States Attorney ("AUSA") as follows:
20

|                     | Name          | E-mail Address            |
|---------------------|---------------|---------------------------|
| Newly Assigned AUSA | Melissa Mills | Melissa.Mills@usdoj.gov   |

Please make all necessary changes to the court's Case Management/ Electronic Case Filing system to ensure that the newly assigned AUSA is associated with this case and receives all e-mails relating to filings in this case.

Dated: January 8, 2014                    Respectfully submitted,

                                                ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division


                                                        /s/
MELISSA MILLS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA